```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|                           |   |                      |
|---------------------------|---|----------------------|
| **DANIEL P. CONNOLLY,**   | ) |                      |
|    Plaintiff, | ) |                   |
|                           | ) |                      |
| v.                        | ) | Civil Action No.     |
|                           | ) | 17-11711-NMG         |
| **SHAW'S SUPERMARKETS, INC.,** | ) |                 |
|    Defendant.  | ) |                  |

**ORDER**

**GORTON, J.**

Upon review of the documents recently filed by the plaintiff (Dkt. No. 8), the Court construes this action as one for unlawful employment discrimination based on age.

Accordingly:

1. The Clerk shall issue a summons and the plaintiff shall serve the summons, complaint (including exhibits), and this order upon the defendant in accordance with Rule 4 of the Federal Rules of Civil Procedure.

2. Because the plaintiff is proceeding in forma pauperis, he may elect to have the United States Marshals Service ("USMS") complete service with all costs of service to be advanced by the United States. If so asked by the plaintiff, the USMS shall serve a copy of the summons, complaint, and this order upon the defendant as directed by plaintiff. The plaintiff is responsible for providing the USMS all copies for service and for completing a USM-285 form for each party to be served. The Clerk shall provide the plaintiff with forms and instructions for service by the USMS.

3. The plaintiff shall have 90 days from the date of the

issuance of the summons to complete service.

**So ordered.**

                                                /s/ Nathaniel M. Gorton
                                                Nathaniel M. Gorton
                                                United States District Judge

Dated: March 30, 2018